IN THE SUPREME COURT OF THE STATE OF NEVADA

JAY KVAM,

          Appellant,

vs.

BRIAN MINEAU; AND LEGION
INVESTMENTS, LLC,

          Respondents.

No. 85128

FILED

SEP 0 7 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant's unopposed motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Lynne K. Simons, District Judge
      Madelyn Shipman, Settlement Judge
      Matuska Law Offices, Ltd.
      Gunderson Law Firm
      Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-28016